IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY JACKSON, | No. 4:24-CV-01275 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| KWU CO., *et al.*, | |
| Defendant. | |

### ORDER

#### SEPTEMBER 24, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 8) is **DENIED**. The Defendants shall docket an Answer to the Complaint within fourteen (14) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge