**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Jeremy Jackson,

                         Plaintiff,

           v.

KWU CO., et al.,

                         Defendants.

**CASE NO.** 4:24-CV-01275-MWB

**JURY TRIAL DEMANDED**

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED R. CIV P. 41(A)(2)**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff, Jeremy Jackson, by and through counsel in the above-captioned action, hereby moves to voluntarily dismiss without prejudice his claims against all Defendants in this matter. Plaintiff in this matter, being fully informed, consents to this relief. Defendant does not consent to this relief.

Date:  August 7, 2025

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Andrew Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this August 7, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.