IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jeremy Jackson,<br><br>        Plaintiff,<br>v.<br><br>KWU CO., et al.,<br>        Defendants. | **CASE NO.** 4:24-CV-01275-MWB<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]**
**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO FED R. CIV P. 41(A)(2)**

AND NOW, this _____ day of _____, 2025, upon consideration of the Plaintiff's Motion to Dismiss without prejudice, and pursuant to Rule 41(a)(2), any responses and replies thereto, and being duly advised of its premises, the Court does hereby ORDER, DECREE, and ADJUDGE:

- This case is dismissed without prejudice.
- The clerk of court is directed to close the case for statistical purposes.

                                                                                                                          _____

                                                                                                                             J.