# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>KWU COMPANY and BARRY GLEN TAYLOR, individually,<br><br>Defendants. | Civil Action No.: 4:24-CV-1275 |

## ORDER

AND NOW, this 29th day of August 2025, upon consideration of Plaintiff's Motion for Voluntary Dismissal Without Prejudice, Defendant's Brief in Opposition, and any responses thereto, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Courts is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge